UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STACY ELKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:14-cv-00718-TWP-DKL |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Parties *Joint Stipulation of Dismissal* and the Court having considered the motion and finding it to be proper, now GRANTS the motion.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the above case is dismissed with prejudice.   Each party to bear its own costs.

SO ORDERED.

Dated  2/10/2015

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

   Christopher C. Myers/Ilene M. Smith/Rachel Guin-Lowry
   Roberta Sabin Recker/Amanda L. Shelby